## AFFIDAVIT OF EUGENE A. KEE, JR.

I, Eugene A. Kee, Jr., hereby depose and state as follows:

1. I am a Lieutenant with the Massachusetts State Police ("MSP"), currently assigned to the Bank Robbery Task Force (the "Task Force") with the Boston Office of the Federal Bureau of Investigation ("FBI"). The Task Force is comprised of Special Agents of the FBI, as well as investigators assigned from the MSP, and the Boston and Cambridge Police Departments. I have been assigned to the Task Force for the past seven years, during which time period I have been involved in the investigation of over two hundred bank robberies. I have been a law enforcement officer for twenty-two years. In connection with my Task Force responsibilities, I have been deputized as a special federal officer.

2. I submit this affidavit in support of a criminal complaint against JOHN W. SCHURKO ("SCHURKO"), date of birth August 12, 1965, for armed bank robbery in violation of 18 U.S.C. §2113(a) and (d). The information set forth in this affidavit is based upon my own investigation, my review of bank surveillance photographs, discussions with other law enforcement officers, and the recovery and inspection of evidence from the person and place of residence of SCHURKO. In submitting this affidavit, I have not included each and every fact known to me about the investigation, but only those facts which I believe are sufficient to establish the requisite probable cause.

3. On Wednesday, September 3, 2003 at approximately 12:50 p.m., a white male robbed the DANVERS SAVINGS BANK, 400 West Cummings Park, Woburn, Massachusetts (the "bank"), the deposits of which I know are insured by the Federal Deposit Insurance Corporation. I and other Task Force personnel responded to the bank shortly after the robbery. We learned that the robber entered the bank through the front entrance, and immediately yelled at the bank employees words to the effect: "This is a robbery." One victim described the robber's demeanor to be "angry and violent like he wanted violence." Witnesses reported that the robber stated: "Shut the fuck up, give me all your money, or I'll shoot you. Don't let me jump over this thing. Get the fuck over here, open the drawer, give me all the money, go to the second drawer, you put a dye pack in, I'll come back and shoot you." After the robber took money from a victim teller, he then ordered the bank employees into the back room, where he demanded hundreds and fifties, and again threatened: "Or I'm going to start shooting." A bank employee reported that the robber knew about the second cash drawer and about the back room where the vault was located. The employees had trouble opening the vault and were unable to do so upon demand of the robber, who then fled the bank with the money obtained from bank personnel. A subsequent audit by bank employees determined that the robber left the bank with six thousand and seventy six dollars

($6,076.00), including ten $10 bills whose serial numbers had previously been recorded by bank personnel (the "bait money").

4.  The robber was described by employees as being a white male, 6' to 6'2" in height, 190-200 pounds, thirty to thirty-five years of age. The robber was further described as wearing a baseball cap, black sunglasses, a dark blue or black bandana with a white pattern, covering his face from the nose down, a dark colored nylon windbreaker with a middle pouch pocket, and black or navy blue cotton sweat pants. The robber was also reported to be carrying and waving a large, dark-colored handgun as he made his demands.

5.  I have known SCHURKO for a number of years and am familiar with his appearance and his prior criminal history. I know he was arrested by the FBI on August 11, 1995 in Wakefield, Massachusetts in a stolen Jeep Cherokee. SCHURKO, wearing gloves, was pulled from the vehicle's back seat, from which a TEC-9 semi-automatic loaded assault weapon and a mask were recovered. The driver of the vehicle was pulled from the vehicle wearing a mask and gloves, with a loaded .357 revolver in his waistband. Both men wore multiple layers of clothes. SCHURKO ultimately pled guilty in federal court to conspiracy to commit bank robbery, attempted bank robbery of The Savings Bank in Wakefield, Massachusetts, and unlawful possession of a semi-automatic assault weapon.

6.  At the time of the bank robbery on September 3, 2003, I knew SCHURKO was on supervised release from his above described federal attempted bank robbery conviction and was living at a half-way house in Everett, Massachusetts. As the initial bank robbery call came in to the Task Force squad area shortly after the bank was robbed, I heard the description of the robber given as a "large-framed, white male, 6' in height, and armed." I immediately asked other members of the Task Force to canvass the Everett area in hopes of locating SCHURKO. MSP personnel assigned to the Middlesex County District Attorney's CPAC Unit and the Everett Police were also notified to be on the lookout for SCHURKO as a possible suspect in the robbery. All personnel were also informed that within the past few days a federal probation/supervised release violation arrest warrant had been issued by the federal court in Boston for SCHURKO and was then outstanding.

7.  As I responded to the bank that afternoon to conduct the investigation with other members of the Task Force, along with Woburn police officers and detectives, it was reported that the getaway vehicle used by the robber (and driven by an accomplice getaway car driver) had been recovered in the parking lot around the corner from the bank. A later check of law enforcement records revealed that the getaway vehicle had been reported stolen the night before in the city of Malden, Massachusetts.

The owner of the getaway vehicle had reported to Malden police that a large-framed while male had approached him while he was standing next to his vehicle and asked directions. The man then suddenly pushed the owner towards the ground, grabbed the car keys, and fled with the vehicle at a high rate of speed.

8. Bank surveillance photographs (of excellent quality) depicting the robber were obtained by Task Force personnel. I have reviewed the photographs and they depict a large-framed white male wearing a baseball cap, dark sunglasses, a dark bandana with a light-colored pattern design, a blue nylon windbreaker with a pouch pocket, and dark gloves. What appears to be a white tee-shirt is visible under the windbreaker. One photograph appears to depict a large handgun in the robber's right hand. In one of the photographs the robber is seen putting money into the pouch of his windbreaker with his gloved left hand. The sleeve of the windbreaker is pulled-up above the wrist, exposing a large wristwatch. The robber depicted in the surveillance photographs is consistent in race and body size with SCHURKO. Although I believe the robber depicted in the surveillance photos to be SCHURKO based upon my familiarity with his appearance, the robber is covered in such a manner that a positive facial identification is not possible.

9. While at the bank, I was notified that Trooper Robert Manning of the MSP had spotted SCHURKO driving a vehicle in the

5

area of Ferry Street and Carlson Street in Everett. SCHURKO was subsequently placed under arrest at the intersection of Ferry Street and Shute Street on the outstanding federal supervised release arrest warrant by Special Agent Gary Cacace of the Task Force, who was assisted by MSP personnel and Everett police and detectives. At the time of arrest (approximately 2:30 p.m.), Special Agent Cacace informed me by telephone that SCHURKO, dressed in white shorts and a white tee shirt, had in his possession $3,420.00 in U.S. currency.

10. Peter Shabowich of the bank provided investigators with the serial numbers of the bait money that was included in the money taken by the robber. All ten of the $10 bills recorded as bait money and taken by the robber were part of the $3,420 of U.S. currency found and recovered from SCHURKO when he was arrested in Everett about one hour and 40 minutes after the robbery of the bank.

11. After reviewing the bank surveillance photos at the bank that afternoon, and after learning of SCHURKO'S arrest, I contacted Special Agent Cacace at the Everett Police Department and asked if SCHURKO was wearing a watch at the time of his arrest. Special Agent Cacace advised that SCHURKO did in fact have a watch in his possession and described it as having a large face, black and silver in color. As a result of this conversation, the watch was seized as evidence and later

photographed by FBI personnel.

12. Attached to this affidavit as Exhibit A is a copy of bank surveillance photographs that show in two frames the robber and his wrist watch. Also attached as Exhibit B is a photograph of the wristwatch seized from SCHURKO at the time of his arrest. A comparison of the photographs shows, in my opinion, the robber's wristwatch and SCHURKO'S wristwatch to be identical, or at least to be of an identical type.

13. Special Agent Cacace has also advised me that at the time of his arrest, SCHURKO was wearing a white tee shirt that is consistent with the color of the shirt visible under the robber's windbreaker in the bank surveillance photographs.

14. Later in the day on September 3, 2003, I continued this investigation at the half-way house at 3 Gladstone Terrace, Everett, Massachusetts, where SCHURKO resided at that time. I learned from half-way house personnel that SCHURKO resided in Room Number 4 at that location and obtained from the Director of the house consent to search SCHURKO'S room. In SCHURKO'S room I found a white plastic bag that was closed at the top, but torn open to permit access to its contents. In the bag were dark-colored sweat pants, a dark-colored windbreaker, brown cloth gloves, a dark-colored bandana with a pattern design, and a crushable golfer's hat with a brim around its circumference. On SCHURKO'S dresser were at least three or four pairs of identical

looking, dark-framed sunglasses.

15. Based on the foregoing, I have probable cause to believe that on September 3, 2003, JOHN W. SCHURKO did by force and violence, and by intimidation, take from the persons and presence of others, money, in the amount of $6,076, more or less, in the care, custody, control, management or possession of the DANVERS SAVINGS BANK, 400 West Cummings Park, Woburn, Massachusetts, and in so doing, did assault a person and put in jeopardy the life of a person by the use of a dangerous weapon, to wit, a handgun, in violation of Title 18, United States Code, Section 2113(a) and (d).

EUGENE A. KEE, JR.
Lieutenant, Massachusetts
State Police
Special Federal Officer

Subscribed and sworn to before me this 25th day of September 2003.

CHARLES B. _____
United Sta_____