```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
          v.                )    Cr. No. 03-10335-MLW
                            )
JOHN W. SCHURKO             )
```

## ORDER

WOLF, D.J.                                          January 5, 2005

The court has received the attached January 3, 2005 letter from Steven Rosenberg of The Boston Globe. The court knows no reason why Mr. Rosenberg should not be allowed to interview defendant John Schurko if Mr. Schurko wishes to speak with him. It is, however, hereby ORDERED that the government shall, by January 7, 2005, state whether it objects to Mr. Schurko being interviewed and, if so, file a memorandum in support of its objection.


                                      /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE