UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. SCHURKO )<br>　*Movant*, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br>　*Respondent.* ) | CRIMINAL NO. 03-10335-MLW |

## NOTICE OF DISMISSAL

Pursuant to Rule 12 of The Rules Governing 2255 Proceedings and Fed. R. Civ. P. 41(a)(1)(i), movant John Schurko respectfully files a Notice of Dismissal of his Motion to Vacate Pursuant to 28 U.S.C. § 2255 filed on June 24, 2016 (Docket Entry #88).

Respectfully submitted,

JOHN W. SCHURKO
By his attorney,

*/s/ Charles P. McGinty*
Charles P. McGinty
 B.B.O. # 333480
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 14, 2017.

*/s/ Charles P. McGinty*